# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 30, 2021

## NO. 03-19-00523-CR

**Ex parte Judy Morales**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF BELL COUNTY**
**BEFORE JUSTICES GOODWIN, KELLY, SMITH**
**AFFIRMED -- OPINION BY JUSTICE SMITH**

This is an appeal from the order denying habeas corpus relief entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order denying habeas corpus relief. Therefore, the Court affirms the trial court's order denying habeas corpus relief. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.